### Samuel Bayard v. Samuel B. and Richard M. Malcolm.

THE notice of motion was not for the first day of term.

*Munro* accounted for this by an affidavit, stating that he had absolutely forgotten the day on which the term commenced, imagining it to be one week later than it really was.

*Harison*, contra, objected to the reception of this excuse, as Mr. *Towt* was the attorney on the record, therefore for him the forgetfulness of Mr. *Munro* could afford no excuse.

*Per Curiam.* There can be no doubt of the mistake, nor but that the whole is in good faith.

Though Mr. *Towt* appears the attorney on record, every one knows the connexion between him and

Mr. *Munro.* He is to be supposed to act only under the direction of Mr. *Munro.*